**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JOSE G. MARTINEZ<br>KIMBERLY A MARTINEZ<br>Debtor(s) | Case No. 07-08764 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/14/2007.

2) The plan was confirmed on 09/19/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/05/2010.

5) The case was dismissed on 04/16/2010.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $48,610.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,847.15 |
| Less amount refunded to debtor | $353.06 |

**NET RECEIPTS:** $22,494.09

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,324.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,175.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,499.02

Attorney fees paid and disclosed by debtor: $176.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN COLLECTION | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 18.60 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,223.00 | 1,838.20 | 1,838.20 | 733.73 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 302.54 | 302.54 | 120.76 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Secured | 20,496.17 | NA | NA | 0.00 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| CHECK RITE | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 86.00 | 393.48 | 393.48 | 157.06 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 710.00 | 1,466.38 | 1,466.38 | 585.31 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 573.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 537.46 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 751.00 | 751.75 | 751.75 | 300.06 | 0.00 |
| CREST HILL ANIMAL HOSPITAL | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| D & E FINANCE INC | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 2,746.70 | 416.34 |
| DHS | Unsecured | 2,649.80 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECO LINDSAY WATER TREATMENT | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 593.00 | 507.66 | 507.66 | 202.63 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Unsecured | 11,670.00 | 9,993.90 | 9,993.90 | 3,989.11 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| HEALTH SERVICES SYSTEM | Unsecured | 924.39 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 169.00 | 169.00 | 169.00 | 67.45 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 998.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 769.05 | 769.05 | 306.97 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 596.00 | 588.51 | 588.51 | 234.91 | 0.00 |
| K MART RECOVERY SERVICE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICE | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTIONS | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| MASTERCHECK | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 1,223.88 | 1,223.88 | 488.52 | 0.00 |
| PAIN CENTERS OF CHICAGO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PARK DANSAN | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| PRIME ACCEPTANCE CORP | Unsecured | NA | 3,265.70 | 3,265.70 | 1,303.52 | 0.00 |
| PRIME ACCEPTANCE CORP | Secured | 9,065.70 | 5,800.00 | 5,800.00 | 5,800.00 | 420.03 |
| PROFESSIONAL CAREER DEV | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| RISK MANAGEMENT ALTERNATIVE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 3,221.00 | NA | NA | 0.00 | 0.00 |
| SOUMA DIAGNOSTICS | Unsecured | 425.80 | NA | NA | 0.00 | 0.00 |
| SPORTS ILLUSTRATED | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SRV | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| SURGERY CENTER OF JOLIET | Unsecured | 4,091.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 1,792.00 | 305.58 | 305.58 | 121.97 | 0.00 |
| VICTORIA RIDENOUR | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,000.00 | $2,746.70 | $416.34 |
| All Other Secured | $5,800.00 | $5,800.00 | $420.03 |
| **TOTAL SECURED:** | **$8,800.00** | **$8,546.70** | **$836.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,575.63** | **$8,612.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,499.02 |
| Disbursements to Creditors | $17,995.07 |
| **TOTAL DISBURSEMENTS :** | **$22,494.09** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/28/2010            By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**